# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-cv-0916-MJR |
| ) | |
| **RODERICK TAYLOR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER FOR DEFAULT JUDGMENT

**REAGAN, District Judge:**

The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a) and Plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court hereby **GRANTS** Plaintiff's motion for default judgment under Rule 55(b) (Doc 8). The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff United States of America and against Defendant Roderick Taylor in the amount of $5,513.24 (total as of October 21, 2008); interest at the rate of 8% from October 21, 2008, to the date judgment is entered; court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2); and future costs and interest. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**IT IS SO ORDERED.**

**DATED this 15th day of April, 2009**

**s/Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**